

**Service of Process Transmittal**
03/28/2017
CT Log Number 530944058

| | |
|---|---|
| **TO:** | Tony Jaswal, Director of Property & Liability Claims<br>Costco Wholesale Corporation<br>Legal Dept., 999 Lake Drive<br>Issaquah, WA 98027- |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Melinda Germany, Pltf. vs. Costco Wholesale Corporation and XYZ Insurance Company, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 19th Judicial District Court, Parish of East Baton Rouge, LA<br>Case # C656150 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - On or about May 28, 2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/28/2017 at 09:00 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days |
| **ATTORNEY(S) / SENDER(S):** | Stephen Huber<br>Huber, Slack, Thomas & Marcelle<br>1100 Poydras Street, Suite 2200<br>New Orleans, LA 70163<br>504-274-2500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/28/2017, Expected Purge Date: 04/02/2017<br><br>Image SOP<br><br>Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification,  Tony Jaswal  tjaswal@costco.com<br><br>Email Notification,  Zois Johnston  zjohnston@costco.com<br><br>Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>954-473-5503 |

Page 1 of  1 / SG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exhibit A

2402-17-009028

# CITATION

**NUMBER C656150 SECTION 23**

**MELINDA GERMANY**
(Plaintiff)

**19th JUDICIAL DISTRICT COURT**

vs.

**PARISH OF EAST BATON ROUGE**

**COSTCO WHOLESALE CORPORATION**
(Defendant)

**STATE OF LOUISIANA**

TO: COSTCO WHOLESALE CORP
THROUGH ITS REGISTERED AGENT FOR SERVICE PROCESS:
CT CORPORATION
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on 24-MAR-2017.

Amanda Matthews
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: RICHARD LOY OLIVIER

*The following documents are attached:
**PETITION, REQ. FOR NOTICE**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within-named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:    $_____
MILEAGE:    $_____                    _____
TOTAL:      $_____                    Deputy Sheriff
                                            Parish of East Baton Rouge

CITATION - 2402


EBR4088474

**RECEIVED**
MAR 27 2017
EBR SHERIFF'S OFFICE

**19th JUDICIAL DISTRICT COURT FOR EAST BATON ROUGE PARISH**

**STATE OF LOUISIANA**

NO.: **C656150**  DIV **SEC. 23**

**MELINDA GERMANY**

**VERSUS**

**COSTCO WHOLESALE CORPORATION AND XYZ INSURANCE COMPANY**

FILED: _____    _____
                                    DEPUTY CLERK

MAR 2 0 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Melinda Germany, a person of the full age of majority and domiciled in Tangipahoa Parish, who with respect represents the following:

**I.**

Made defendant herein is, Costco Wholesale Corporation, upon information and belief to be a foreign corporation licensed to do and doing business in Louisiana, and at all times mentioned hereinafter, operated a business on the premises where this accident occurred, namely 10000 Dawnadele Avenue, Baton Rouge, LA 70809.

**II.**

Made defendant herein is, XYZ Insurance Company, upon information and belief to be an insurance company licensed to do and doing business in the State of Louisiana, and who was the liability insurance carrier for the defendant, Costco Wholesale Corporation at all times pertinent.

**III.**

That on or about May 28, 2016, Plaintiff, Melinda Germany, was walking in an aisle of the store of Costco Wholesale Corporation, located at 10000 Dawnadele Ave, Baton Rouge, LA 70809, in East Baton Rouge Parish, when she slipped and fell on a puddle of ice cream, causing injuries to her body. This was an unreasonably dangerous condition.

**IV.**

At all relevant times, Costco Wholesale Corporation either created, knew or, in the exercise of reasonable care, should have known of the ruin, vice, or defect that caused Plaintiff's injuries. Additionally, Plaintiff's injuries could have been prevented by the exercise of reasonable care that Costco Wholesale Corporation failed to exercise.

REC'D C.P.

MAR 2 1 2017

1

FAX COPY FILED 3/13/17
ORIGINAL FILED
Certified True and 3/20/17
**Correct Copy**
eCertID: 000299647

Amanda Matthews
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/24/2017 4:44 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## V.

Plaintiff avers that a sole and proximate cause of the forgoing accident was due to the negligence of the defendants, Costco Wholesale Corporation, in the following respects;

a. Failing to properly inspect the area where accident occurred;

b. Failing to properly maintain and repair and clean said premises;

c. Failing to warn of this unreasonably dangerous condition;

d. Failing to use reasonable and prudent care under the circumstances;

e. Failing to keep its premises in a reasonably safe condition;

f. Any and all other acts of negligence which may be revealed between now and the time of trial, all in violation of the laws and ordinances of East Baton Rouge Parish, and the State of Louisiana as if copied herein in extenso.

## VI.

Moreover, Plaintiff avers that as a direct result of the aforementioned accident, that she has sustained severe and disabling injuries to her body, including, but not limited to, her neck, back, arms, legs, and an ankle injury that are permanent in nature and requires surgery.

## VII.

Costco Wholesale Corporation owed a duty to Melinda Germany to exercise reasonable care to keep its premises in a reasonably safe condition, as well as put forth a reasonable effort to keep the premises free of any hazardous conditions that might give rise to such damage.

## VIII.

The subject condition in the walkway of the aisle of the store of Costco Wholesale Corporation presented an unreasonable risk of harm to Melinda Germany. This risk of harm was reasonably foreseeable to Costco Wholesale Corporation who had actual or constructive notice of the condition causing the damage prior to the occurrence.

## IX.

Costco Wholesale Corporation failed to exercise reasonable care. Additionally, Costco Wholesale Corporation failed to establish or adhere to relevant safety procedures.

## X.

Melinda Germany's damages through the aforementioned events were the direct and proximate result of the failure of Costco Wholesale Corporation to use ordinary care for the safety of other persons.

## XI.

Defendants are liable unto plaintiff jointly, severally and *in solido* for the damages that Melinda

2

Certified True and Correct Copy
eCertID: 000299647

*Amanda Matthews*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/24/2017 4:44 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Germany sustained as a result of the accident at issue with any others that might later be included in this litigation or deemed liable.

### XII.

Melinda Germany itemizes the damages she suffered that were proximately caused by the above-described negligence of defendants as follows, to-wit:

a. Past physical pain, suffering, and discomfort;

b. Past mental anguish, aggravation, and annoyance;

c. Future physical pain, suffering, and discomfort;

d. Future mental anguish, aggravation, and annoyance;

e. Past medical expenses;

f. Future medical expenses;

g. Past lost wages;

h. Future lost wages, including loss of earning capacity;

i. Property damage;

j. Loss of enjoyment of life;

k. Loss of consortium;

l. Disability from engaging in recreation; and

m. All other damages that will be proven at the trial of this matter.

### XIII.

Plaintiff further affirmatively pleads the doctrine of *res ipsa loquitur* in that the accident and injuries and damages would not have occurred in absence of the negligence of the defendants.

### XIV.

Costco Wholesale Corporation is liable for the acts of its employees and agents, acting within the scope of their employment or agency.

### XV.

Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff **MELINDA GERMANY**, prays that Defendants, **COSTCO WHOLESALE CORPORATION and XYZ INSURANCE COMPANY**, be served with a copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, there be judgment in favor of Plaintiff and against Defendants in an amount of damages to be determined and found reasonable at trial, together with

3

Certified True and Correct Copy
eCertID: 000299647


East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/24/2017 4:44 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

legal interest thereon from the date of judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief as the court may deem fit.

Respectfully submitted,

Stephen Huber, Bar No. 24463
Brian P. Marcelle Bar No. 25156
Richard L. Olivier, Bar No. 19974
HUBER, SLACK, THOMAS & MARCELLE
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone No. (504) 274-2500
Facsimile No. (504) 10-0838
COUNSEL FOR PLAINTIFF

**PLEASE SERVE:**

**COSTCO WHOLESALE CORPORATION**
*Through Registered Agent*
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**XYZ INSURANCE COMPANY**
*Hold Service*



CIVIL

- 01-DAMAGES
- 02-CONTRACT
- 03-PRESCRIPTION
- 04-EXECUTORY
- 05-
- 06-EVICTION
- 07-WORKMENS COMP
- 08-JUDICIAL REVIEW
- 09-PROPERTY RIGHTS
- 10-INJUNCTION MANDAMUS
- 11-COMM. POSSESSIONS
- 12-PUBLIC SERV. COMM.
- 13-OTHER PETITIONS
- 18-
- 19-
- 20-

4

Certified True and Correct Copy
eCertID: 000299647

Amanda Matthews
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
3/24/2017 4:44 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).